# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL MONROE | CASE NO.   1:10-CV-1978-MJS |
| Plaintiff, | ORDER RE: DISPOSITIVE DOCUMENTS AFTER NOTICE OF SETTLEMENT |
| v. | |
| TEVA NEUROSCIENCE, INC. A CORP. AND DOES 1-25, INCLUSIVE, | DISPOSITIVE DOCUMENTS SHALL BE FILED WITHIN 45 DAYS. |
| Defendants. | (ECF No. 31) |

On September 7, 2011, Plaintiff, Michael Monroe, notified the Court that the above-captioned matter settled in it entirety on September 1, 2011 (ECF No. 31). In accordance with the provisions of Local Rule 160 (Fed R. Civ. P. 16), the Court orders that all dispositive documents be submitted no later than 45 days.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order (see attached Notice of Local Rule 160 and Local Rule 272.)

///

///

1 ALL COURT DATES HERETOFORE SET IN THIS MATTER ARE HEREBY VACATED.

IT IS SO ORDERED.

Dated: September 9, 2011          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE