# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MICHAEL MONROE,

                Plaintiff,

   v.

TEVA NEUROSCIENCE, INC.,

                Defendant.

_____/

CASE NO.   1:10-cv-1978-MJS

ORDER DISMISSING ACTION BASED ON NOTICE OF AMENDED DISMISSAL

CLERK SHALL CLOSE THE CASE

On September 7, 2011, the parties filed a Notice of Settlement. (ECF No. 31.) The parties represented that they would file a stipulation of dismissal within forty-five (45) days. On September 9, 2011, the Court ordered the parties to submit a stipulation of dismissal within forty-five (45) days of the date of service of the order. (ECF No. 32.)

On October 17, 2011, Plaintiff filed a Notice of Dismissal. (ECF No. 33.) On October 19, 2011, Plaintiff filed a Notice of Amended Dismissal. (ECF No. 34.) Based on the October 19, 2011 Notice of Amended Dismissal, the Court hereby ORDERS that this case be DISMISSED. All pending matters are VACATED, and the Clerk is directed to close the case.

IT IS SO ORDERED.

Dated:   October 24, 2011             /s/ *Michael J. Seng*
                                      UNITED STATES MAGISTRATE JUDGE